UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00010 |
| | ) CHIEF JUDGE HAYNES |
| RONALD KEVIN GRAVES | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

*[Handwritten annotation: Granted. This motion is GRANTED. Counsel June 10 days resubmit an agreed order with a new date and time for the hearing. Entered. [signature] 5-17-13]*

The defendant, Ronald Kevin Graves, through undersigned counsel, hereby moves this Honorable Court for an order continuing the sentencing hearing that is presently set for **Friday, May 31, 2013**, at 3:30 p.m. to a date at least 45 days after May, 31, 2013, that is not on a Friday.

As grounds for this motion, the defendant would show that some additional time is needed in order to complete an investigation regarding certain matters contained in the presentence investigation report. Additionally, defense counsel needs additional time to complete an investigation into certain mitigating facts that he may wish to present on behalf of Mr. Graves at the sentencing hearing. Counsel believes that he can complete this investigation within 45 days. The defendant requests that the hearing be set on a day that is not a Friday because the Office of Federal Public Defender is closed on Fridays due to a lack of funding.

Undersigned counsel has consulted with Assistant United States Attorney William Lee Deneke and he has indicated that the government is not opposed to the requested continuance.

**WHEREFORE**, Mr. Graves respectfully requests that this Court issue an order continuing the sentencing hearing in this case for approximately 45 days.

Respectfully submitted,

s/ R. David Baker
R. DAVID BAKER (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Ronald K. Graves